```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 30445
   TRACY TODD STECK
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-3290

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 08/17/2004 and was confirmed 10/27/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 12/09/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
--------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE  SECURED            9000.00      553.33       9000.00
CAPITAL ONE AUTO FINANCE  UNSECURED          6938.45         .00       6938.45
ILLINOIS DEPT OF REVENUE  PRIORITY             44.00         .00         44.00
ILLINOIS DEPT OF REVENUE  PRIORITY         NOT FILED         .00            .00
ADAM LAPEZYNSKI           UNSECURED          2500.00         .00       2500.00
RESURGENT CAPITAL SERVIC  UNSECURED           747.15         .00        747.15
CAPITAL ONE               NOTICE ONLY      NOT FILED         .00            .00
CITY OF CHICAGO PARKING   UNSECURED           570.00         .00        570.00
MEYER MEDICAL PHY LTD     UNSECURED        NOT FILED         .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED              .00         .00            .00
HOMEQ SERVICING           CURRENT MORTG         .00         .00            .00
HOMEQ SERVICING           SECURED NOT I   29844.76          .00            .00
ILLINOIS DEPT OF REVENUE  UNSECURED           30.00         .00          30.00
PETER FRANCIS GERACI      DEBTOR ATTY     2,700.00                    2,700.00
TOM VAUGHN                TRUSTEE                                     1,462.76
DEBTOR REFUND             REFUND                                          1.30

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 24,546.99

PRIORITY                                            44.00
SECURED                                          9,000.00
    INTEREST                                       553.33
UNSECURED                                       10,785.60
ADMINISTRATIVE                                   2,700.00
TRUSTEE COMPENSATION                             1,462.76
DEBTOR REFUND                                        1.30
                        --------------      --------------
TOTALS                    24,546.99             24,546.99

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 30445 TRACY TODD STECK
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 03/09/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```